```
1

2   UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
3   WESTERN DIVISION
    ---------------------------------
4   CE SOIR LINGERIE CO., INC., d/b/a
    FASHION FORMS, INC., d/b/a
5   LINGERIE SOLUTIONS,
                            Plaintiff(s),
6      -v-            Case No.:
                        2:11-cv-07291 DMG(FMOx)
7
    IMAGINE ENTERPRISES, LLC.,
8
                            Defendant(s).
9   -------------------------------
    IMAGINE ENTERPRISES, LLC.;
10  TARA CAVOSIE,

11                       Counter-Claimant(s),
       -v-
12
    CE SOIR LINGERIE CO., INC., d/b/a
13  FASHION FORMS, INC., d/b/a
    LINGERIE SOLUTIONS; BEVERLY
14  ANN DEAL,

15                       Counter-defendant(s).
    -----------------------------------
16          VIDEOTAPED DEPOSITION OF:

17                  TARA CAVOSIE

18       HELD:  Tuesday, August 14, 2012

19               ALBANY, NEW YORK

20

21

22

23

24

25  REPORTED BY:  ROBERTA-ANNE SCHMITT
```

1

BARKLEY
Court Reporters

1

2                       APPEARANCES OF COUNSEL

3    For the Plaintiff(s):

4    RUSS, AUGUST & KABAT
     BY:  ERIC J. CARSTEN, SBN 232494
5    12424 Wilshire Boulevard, 12th Floor
     Los Angeles, CA  90025
6    p:  (310) 826-7474
     e:  Ecarsten@raklaw.com

7

8    For Defendant(s):

9    ONE, LLP.
     BY:  NATHANIEL L. DILGER, SBN 196203
10   4000 MacArthur Boulevard, West Tower, Suite 1100
     Newport Beach, CA 92660
11   p:  (949) 502-2870
     e:  Ndilger@onellp.com
12   (APPEARED VIA SKYPE)

13

14   Also Present:

15   ED ROY, VIDEOGRAPHER

16

17

18

19

20

21

22

23

24

25

                              2

BARKLEY
Court Reporters

1

2                          I N D E X

3   TO TESTIMONY

4   WITNESS              BY                      PAGE
    Tara Cavosie    MR. CARSTEN                    13
5

6   TO EXHIBITS (Attached to transcript)

7   MARKED FOR ID    DESCRIPTION                  PAGE
    Plaintiff's 1    United States Patent No. US    7
8                    6,231,424 B1

9   Plaintiff's 2    United States Patent No. US    8
                     6,257,952 B1
10

    Plaintiff's 3    United States Patent No. US    8
11                   6,383,055 B2

12  Plaintiff's 4    United States Patent No. US    8
                     6,231,424 B1, previously
13                   Bates stamped IMAGINE000001
                     through 126
14

    Plaintiff's 5    Declaration of Tara Cavosie    8
15                   in Support of Imagine's
                     Opening markman Brief
16                   Addressing U.S. Patent Nos.:
                     6,231,424, 6,257,952, and
17                   6,383,055

18  Plaintiff's 6    Document identified as         8
                     Document 38-1 filed 07/26/12
19                   Page 2 of 27

20  Plaintiff's 7    Joint Claim Construction       9
                     Statement
21

    Plaintiff's 8    United States Patent No.       9
22                   4,992,074, previously Bates
                     stamped Ce Soir 003729
23                   through 3733

24  Plaintiff's 9    United States Patent Number    9
                     5,755,611 previously Bates
25                   stamped CeSoir003854 through

                              3

BARKLEY
Court Reporters

```
 1

 2    TO EXHIBITS  (cont'd)

 3    MARKED FOR ID    DESCRIPTION                    PAGE
      Plaintiff's 10   United States Patent,            9
 4                     Mellinger, 3,934,593,
                       previously Bates stamped
 5                     CeSoir003577 through 3580

 6    Plaintiff's 11   Document dated Jan. 20, 1959,   10
                       N. D'Or, 2,869,553,
 7                     previously Bates stamped
                       CeSoir003426 through 3428
 8
      Plaintiff's 12   Document dated Feb. 14, 1939,   10
 9                     J. Lazzari, 2,147,375,
                       previously Bates stamped
10                     CeSoir003303 through 3305

11    Plaintiff's 13   Document dated May 4, 1937,     10
                       M. Schottenfels, 2,079,426,
12                     previously Bates stamped
                       CeSoir003291 through 3294
13
      Plaintiff's 14   Document dated Sept. 7, 1965,   10
14                     J. Winkler, 3,204,638,
                       consisting of three pages
15
      Plaintiff's 15   Document indicating No.         10
16                     494,397, M. Tucek, Patented
                       Mar. 28, 1893, previously
17                     Bates stamped CeSoir003726
                       through 3728
18
      Plaintiff's 16   Document dated Nov. 17, 1936,   11
19                     H. Klein, 2,061,238,
                       consisting of two pages
20
      Plaintiff's 17   8 1/2 x 14 document entitled    11
21                     Intrigue, The Original No
                       Back, Strapless Bra,
22                     previously Bates stamped
                       CeSoir001347
23
      Plaintiff's 18   United States Patent Number     11
24                     Des. 419,279, previously
                       Bates stamped CeSoir004481
25                     through 4483
```

4

BARKLEY
Court Reporters

1

2   TO EXHIBITS  (cont'd)

3   MARKED FOR ID    DESCRIPTION              PAGE

4   Plaintiff's 19   Photocopy of bra          46

5   Plaintiff's 20   StayKup, Nude, Size B     58

6   Plaintiff's 21   Fashion Forms StayKups box   59

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TARA CAVOSIE

BARKLEY
Court Reporters

1

2    F E D E R A L        S T I P U L A T I O N S

3    IT IS HEREBY STIPULATED AND AGREED by and

4    between the attorneys for the respective parties

5    hereto that filing, sealing and certification be

6    and the same are hereby waived.

7

8    IT IS FURTHER STIPULATED AND AGREED that all

9    objections, except as to the form of the

10   question, shall be reserved to the time of the

11   trial.

12

13   IT IS FURTHER STIPULATED AND AGREED that the

14   within examination may be subscribed and sworn

15   to before any notary public with the same force

16   and effect as though subscribed and sworn before

17   the court.

18

19

20

21

22

23

24

25

6

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2              THIS IS THE ORAL DEPOSITION OF TARA

 3    CAVOSIE, the/on behalf of the DEFENDANT herein,

 4    produced pursuant to AGREEMENT on Tuesday,

 5    August 14, 2012, before ROBERTA-ANNE SCHMITT, a

 6    Court Reporter and Notary Public in and for the

 7    State of  New York.

 8                     * * * * * * *

 9                    THE REPORTER:  Would you

10              please state your name for the

11              record.

12                    THE WITNESS:  Tara Cavosie.

13                    THE REPORTER:  Would you

14              please state your address for the

15              record.

16                    THE WITNESS:  3 Loudon Lane

17              South, Loudonville, New York 12211.

18                    MR. CARSTEN:  Would you

19              please mark these.

20                    IT WAS REQUESTED THE

21              REPORTER MARK THE FOLLOWING EXHIBITS

22              PRIOR TO THE START OF THE

23              PROCEEDINGS:

24                    (At which time, Plaintiff's

25              Exhibit 1, United States Patent No.
```

                              7

BARKLEY
Court Reporters

```
 1              T. Cavosie - 8-14-2012

 2          asking my questions from the

 3          beginning then.

 4                  MR. DILGER:  If we're

 5          talking about generally has nothing

 6          to do with her patents, has nothing

 7          to do with the subject matter of

 8          this lawsuit, then we're wasting all

 9          our time.

10                  MR. CARSTEN:  Nate, are you

11          going to allow your witness to

12          provide an answer?

13                  MR. DILGER:  No.  Not to

14          that question.  I won't.

15                  MR. CARSTEN:  To what

16          question?  I haven't asked a

17          question, Nate.

18                  MR. DILGER:  If you want to

19          talk about the subject matter of

20          this litigation, let's do that.

21                  MR. CARSTEN:  Yes, Nate.

22          I'm about to ask a question.

23                  Will you permit me to ask a

24          question?

25                  MR. DILGER:  Go ahead.

                        31
```

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2    BY MR. CARSTEN:
 3       Q     Ms. Cavosie, do you have an opinion
 4             regarding the meaning of the phrase
 5             "Wherein each cup is U-shaped," as that
 6             phrase is used in the asserted patents?
 7       A     In my opinion, "U-shaped," in reference to
 8             the patent or --
 9             Sorry.  That's not what I meant to say.
10             In my opinion, "U-shaped" means an arcuate
11             bottom with an open top having the general
12             appearance of the shape of the letter U.
13       Q     And is that your expert opinion regarding
14             how that phrase is used with respect to
15             the asserted patents in the present
16             litigation?
17       A     Yes.
18       Q     Okay.  Now, I'd like to ask you about the
19             phrase, "open top end."
20             That is part of your definition of the
21             phrase "Wherein each cup is U-shaped," as
22             that phrase is used in the asserted
23             patents in this litigation; correct?
24       A     I'm sorry.  Say that one more time.
25       Q     Is the component, "An open top end," part
```

32

BARKLEY
Court Reporters

T. Cavosie - 8-14-2012

1

2          of your definition of the term or phrase

3          "Each cup is U-shaped," as it appears in

4          the asserted patents?

5     A    I say, "open top end," when I'm talking

6          about U-shaped cups having an arcuate

7          bottom with an open top.

8     Q    And what do you mean by, "open top end"?

9     A    I mean it's open.

10    Q    Okay.  What does it mean for a top end to

11         be open?

12    A    It's open.

13    Q    What does it mean for a top end to be

14         closed?

15    A    It's closed.

16    Q    Other than using the phrase, the terms,

17         "open and closed," can you not describe

18         for me what an open top end is versus what

19         a closed top end is?

20    A    I might have to look into that a little

21         bit further, but an open top end means

22         open.

23    Q    What does "open" mean to you?

24              MR. DILGER:  It's like

25            asking her what "red" means.

33

```
 1                    T. Cavosie - 8-14-2012
 2                    THE WITNESS:  I don't -- I
 3           mean, yeah.  I don't -- I don't.
 4    BY MR. CARSTEN:
 5      Q    So, for instance, Denny's opens at 9 A.M.
 6           Does the open top end of a bra mean that
 7           it opens at 9 A.M?
 8      A    I'm not going to answer that.  I don't
 9           know --
10           It's ridiculous.
11                    MR. DILGER:  Objection.
12              It's argumentative.
13      A    I mean, you are asking me --
14      Q    Ms. Cavosie you're under oath.
15           I'm asking what "open" means with respect
16           to "open top end."
17      A    It means it's open.
18      Q    Open to whom?
19      A    It means the top end is open.
20      Q    Meaning it's not secured to the chest?
21      A    I'm not answering that.
22      Q    Well, Ms. Cavosie, I will get a order that
23           you need to answer that and I will fly
24           back up.
25      A    I'm saying --
```

34

TARA CAVOSIE

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012
2                         MR. DILGER:  You'll try, but
3               there's a problem here.
4                         MR. CARSTEN:  Nate, I don't
5               know if you need to have another
6               conversation with your client, but
7               when I ask a question of what open
8               top end means with respect to an
9               opinion that she's given that has
10              the phrase open top end and I'm told
11              that, "I'm not going to answer
12              that."
13                        THE WITNESS:  No, that's not
14              what I meant.  I just meant that
15              I --
16                        When you asked me what
17              "open" means, it's open.  I don't
18              know how much more I can give you.
19              Now you're asking me something in
20              relation to Denny's restaurant and I
21              wouldn't even begin to tell you how
22              I would relate something to Denny's
23              restaurant.  I don't -- I don't --
24                        That's what I meant.  I
25              can't answer anything relating to
```

35

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012
2                    Denny's restaurant.
3   BY MR. CARSTEN:
4        Q     Okay.  So with respect to open top end, as
5              you've used it, with respect to the
6              asserted patents, how would you describe
7              "open" to somebody that's not familiar
8              with that term?
9        A     It's an open top end, meaning it's open.
10       Q     Have you ever been involved in bra design,
11             Ms. Cavosie?
12       A     I'm sorry, say that one more time.
13       Q     Have you ever been involved in bra design,
14             Ms. Cavosie?
15       A     Have I ever been involved in bra design?
16       Q     Yes.
17       A     Yes.
18       Q     Have you ever worked with a manufacturer?
19       A     Yes.
20       Q     Okay.  If you told a manufacturer, "I'd
21             like an open top end on my bra," what
22             would be the plain and ordinary meaning of
23             that?
24       A     Make it open.
25       Q     Okay.  And if the manufacturer says, "What
```

36

TARA CAVOSIE

BARKLEY
Court Reporters

T. Cavosie - 8-14-2012

2        does that mean?  How do I cut the fabric?

3        What do I construct?" how would you

4        respond?

5  A    Well, I think there's a lot of factors

6        that would come into play there so I

7        wouldn't be able to give you a definitive

8        answer on that.

9  Q    So "open top end" can mean a lot of

10       different things?

11  A    No.  I'm saying that it would -- you're

12       talking about cutting the fab --

13       You were talking about cutting the fabric,

14       but that's --

15       I'm not sure what you mean.

16  Q    Does open top end have something to do

17       with the shape of a cup?

18  A    Yeah, because we're talking about cup --

19       the U-shaped cups that have an arcuate

20       bottom and an open top end.

21  Q    What is the structure of the cup that

22       makes the top end open?

23  A    It has an arcuate bottom and an open top

24       end.

25       And having the general appearance of the

37

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2           letter U.
 3     Q     Could you turn to Exhibit 17?
 4     A     Seventeen?
 5     Q     Yes.
 6     A     I think I only have one through seven.
 7     Q     Have we not --
 8           You're right.  Here is Exhibit 17
 9           (Handing).
10                    MR. CARSTEN:  Exhibit 17 is
11              an ad for the Intrigue bra.
12                    MR. DILGER:  Okay.
13   BY MR. CARSTEN:
14     Q     Ms. Cavosie, I direct your attention to
15           the picture on the upper left.
16           Is the bra that is depicted in that
17           picture, does that --
18                    MR. CARSTEN:  Strike that.
19   BY MR. CARSTEN:
20     Q     Does the bra that is depicted in the
21           picture in the upper left corner of
22           Exhibit 17 have an open top end?
23     A     You talking about the photograph?
24     Q     The photograph, correct.
25                    THE WITNESS:  You see this,
```

38

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2              Nate?

 3                    MR. DILGER:  Yeah.  Thank

 4              you.

 5                    THE WITNESS:  Intrigue bra

 6              is not in my -- was not referenced

 7              in my Declaration, and I thought we

 8              were only speaking about what is

 9              within the Declaration.

10                    MR. DILGER:  Well, if you

11              can tell from that photograph and

12              the information that he's provided

13              whether that's an open top end or

14              not, go ahead and give your answer.

15              If you need more information, then

16              go ahead and say that.  But if

17              that's enough information to answer

18              that question, give it your best

19              shot, otherwise --

20                    THE WITNESS:  Okay.

21        A    Can you ask it one more time?  Sorry, I --

22        Q    Sure.

23              Does the bra that's depicted in the

24              photograph in the upper left-hand corner

25              of Exhibit 17, in your expert opinion,
```

39

BARKLEY
Court Reporters

```
 1                  T. Cavosie - 8-14-2012
 2           have an open top end?
 3    A      No.
 4    Q      Why not?
 5    A      Because it's closed.
 6    Q      And what is it that makes it closed?
 7                      MR. DILGER:  You can answer
 8              to the extent you can based on the
 9              information you have.
10    A      Because no top portion of the breast is
11           showing through the -- is protruding from
12           the cup.
13    Q      So does whether or not a portion of the
14           breast protrudes from the top of the cup
15           relate to whether or not a cup is open?
16    A      Say that one more time.  I'm sorry.
17    Q      Does whether or not part of the breast
18           protrudes from the upper part of a cup
19           relate to whether or not that cup is, or
20           has, an open top?
21                      MR. DILGER:  To the extent
22              you understand the question, you can
23              answer.
24                      THE WITNESS:  I'm sorry?
25                      MR. DILGER:  To the extent
```

40

BARKLEY
Court Reporters

```
 1              T. Cavosie - 8-14-2012
 2              you understand the question, you can
 3              answer.
 4                    THE WITNESS:  Okay.
 5   A    Say it one more time.  You're going to
 6        hate me, I know it.  I'm sorry.
 7   Q    Does the extent to which a portion of the
 8        breast protrude above the top of the bra
 9        relate to whether or not that bra cups
10        have open top ends?
11   A    Well, you said to the "top of the bra."
12        Do you mean to the -- you said --
13        I think you said two different things.
14        I'm sorry.
15   Q    Does whether or not a portion --
16                    MR. DILGER:  Eric, can
17              you -- I'm sorry to cut you off, do
18              you mind rereading her answer, her
19              original answer on whether or not it
20              was a -- why it was not an open top
21              end?  I think that's where we're
22              getting confused.
23                    MR. CARSTEN:  I'm asking a
24              question other than with respect to
25              the Intrigue bra, so...
```

41

BARKLEY
Court Reporters

```
 1                 T. Cavosie - 8-14-2012

 2           cups?

 3   A       Yes.

 4   Q       Are the upper portions --

 5   A       I mean, not totally, because it's a little

 6           cut off on the --

 7           Okay.  Let's --

 8   A       If you're looking at it from the right

 9           side (Indicating).

10   Q       Let's focus on the top cup.

11           Can you see the upper portions on the top

12           cup?

13   A       Only of the -- my left-hand-side cup,

14           because this part is cut off here

15           (Indicating).

16   Q       Right.  So let's focus on the lower

17           left-hand-side cup.

18           Can you see clearly the upper portions of

19           that cup?

20   A       I can.

21   Q       Are the upper portions of that cup

22           substantially parallel, in your expert

23           opinion?

24   A       Which upper portions?

25   Q       Do you understand that the phrase, "An
```

48

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012

2           outer side and an inner side each having

3           substantially parallel upper portions," is

4           a phrase that you opined on as an expert

5           in your Declaration?

6    A      Yes.

7    Q      Using your understanding of that phrase,

8           as you gave in your Declaration, are the

9           upper portions of the inner side and the

10          outer side of the left-hand cup in

11          Exhibit 19 substantially parallel?

12   A      I would say no.

13                    MR. CARSTEN:  Can we go off

14             the record?

15                    THE VIDEOGRAPHER:  The time

16             is now approximately 3:13 P.M.

17             Going off the record.

18                    (At which time, 3:13 P.M.,

19             there was a pause in the proceedings

20             until 3:22 P.M., at which time the

21             proceedings resumed.)

22                    THE VIDEOGRAPHER:  The time

23             is now approximately 3:22 P.M.

24             Going back on the record.

25
```

49

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2     Q     Does this have an open top end?

 3     A     No.

 4     Q     And why, in your opinion, does it not have

 5           an open top end?

 6                        MR. DILGER:  You can

 7                 answer --

 8                        THE WITNESS:  I don't know

 9                 why I'm giving opinions on products

10                 that are completely unrelated to

11                 this.

12                        MR. DILGER:  If you

13                 understand the question based on

14                 your review of what you're seeing

15                 just now, you can answer.  But if

16                 you need more information...

17                        THE WITNESS:  Well, I'm just

18                 concerned because I feel it's

19                 outside of the scope of what was in

20                 my Declaration, and I was under the

21                 understanding that we were

22                 discussing only what was in the

23                 Declaration, and StayKups are not --

24                        MR. CARSTEN:  Let me put it

25                 this way.
```

65

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012
2    BY MR. CARSTEN:
3       Q     Ms. Cavosie, are you not comfortable
4             opining as whether or not this has an open
5             top end?
6       A     No, I'm comfortable saying it.  I just
7             don't want to speak freely about something
8             not in my Declaration when I'm here to
9             talk about my Declaration only.
10      Q     And can you explain how this does not have
11            an open top end?
12      A     Well --
13                    MR. DILGER:  If you
14                understand, you can answer that
15                question.
16                    THE WITNESS:  Okay.
17                    MR. DILGER:  If he goes
18                further afield I think we're going
19                to shut it down.
20      A     It doesn't have an open top end because
21            the upper portion of the breast is not
22            exposed, and as you can see, it's curled
23            inward.  Curls inward and almost
24            (Indicating).
25
```

TARA CAVOSIE

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2   BY MR. CARSTEN:

 3     Q     And almost?

 4     A     Period.  It curves inward, period.  Sorry.

 5     Q     So if the top portion of a cup curls

 6           inward, does that mean that it does not

 7           have an open top end?

 8     A     This one doesn't (Indicating).

 9     Q     But whether or not it curls inward doesn't

10           relate to whether or not any other

11           product --

12     A     I'm speaking -- I'm speaking about this

13           cup.  You can see in the photos and you

14           can see it in this, in this (Indicating).

15     Q     Ms. Cavosie, I'm asking -- I'm trying to

16           get an understanding of the terms that you

17           opined about, one of them being open top

18           end.

19     A     Okay.

20     Q     So does whether or not the cup curls

21           inward relate to whether or not something

22           has an open top end?

23     A     Okay.  I'm saying that this cup that

24           you're asking me about is curling inward

25           and does not have an open top end.
```

                                67

BARKLEY
Court Reporters

```
 1                  T. Cavosie - 8-14-2012
 2     Q     Okay.  Ms. Cavosie, my question is, does
 3           whether or not something --
 4                     MR. CARSTEN:  Strike that.
 5   BY MR. CARSTEN:
 6     Q     Does whether or not a cup have an inward
 7           curling top end affect whether or not it
 8           has an open top end?
 9                     MR. DILGER:  Objection.
10           Asked and answered.
11                     MR. CARSTEN:  You may
12           answer.  He hasn't stated that you
13           cannot answer.
14                     MR. DILGER:  She's already
15           answered twice.
16                     MR. CARSTEN:  Nate, no, she
17           hasn't.
18                     MR. DILGER:  She has.  I
19           disagree.
20                     Move on.  You may not like
21           her answer, but she's answered you
22           twice.
23                     MR. CARSTEN:  Can you read
24           back the question, please?
25                     MR. DILGER:  Move on.
```

68

TARA CAVOSIE

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2                         (At which time, the
 3                    following portion of testimony was
 4                    read back by the stenographer:
 5                         Q   Does whether or not a
 6                    cup have an inward curling top end
 7                    affect whether or not it has an open
 8                    top end?)
 9                         THE WITNESS:  I think I
10                    answered the question.
11   BY MR. CARSTEN:
12      Q     And what is your answer?
13                         MR. DILGER:  Same objection
14                    if you're asking the question again.
15                    Asked and answered.
16                         Move on.
17   BY MR. CARSTEN:
18      Q     What is your answer?
19                         THE WITNESS:  Can you read
20                    me back my answer?  Sorry.
21                         THE REPORTER:  There is no
22                    answer here.  There's all
23                    objections, et cetera.
24                         THE WITNESS:  Before that,
25                    though.  Beforehand.
```

```
 1                    T. Cavosie - 8-14-2012
 2                         (At which time, the
 3                    following portion of testimony was
 4                    read back by the stenographer:
 5                         A    Okay.  I'm saying that
 6                    this cup that you're asking me about
 7                    is curling inward and does not have
 8                    an open top end.)
 9    BY MR. CARSTEN:
10      Q    Yes.  And I'm not asking --
11           And I understand the record reflects your
12           opinion with respect to the exhibit I put
13           in front of you.  I'm asking for your
14           expert opinion regarding open top end in
15           which you purport to provide an opinion in
16           litigation against my client, and I'm
17           asking whether or not a cup curls inward
18           at the top relates to your definition of
19           an open top end?
20      A    That's a great question, and I think I
21           would have to research it a little bit
22           further to give you a proper answer.
23      Q    Okay.  So you don't know?
24                         MR. DILGER:  That's not what
25                    she just said.
```

70

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2    BY MR. CARSTEN:
 3       Q     Are you prepared to provide any
 4             information today regarding whether a cup
 5             that curls inward at the top relates to
 6             whether or not that cup has an open top
 7             end?
 8       A     Well, I think it's unfair to ask me a
 9             question that's outside the scope of the
10             Declaration that I'm here to give a
11             deposition on today.
12                      MR. DILGER:  I agree to that
13                 criticism, and to the extent you
14                 want to ask supplemental --
15                      (At which time, the reporter
16                 requested clarification.)
17                      MR. DILGER:  To the extent
18                 you want to ask about topics outside
19                 the Declaration, I don't think
20                 that's fair or proper.
21                      MR. CARSTEN:  Nate, I'm
22                 sorry, are you going to remove her
23                 Declaration with respect to open top
24                 end?  Is that what we're agreeing
25                 to?
```

                              71

BARKLEY
Court Reporters

1                    T. Cavosie - 8-14-2012

2                         THE WITNESS:  Okay.

3                         MR. DILGER:  I think we can

4              move on then.

5                         THE WITNESS:  Okay.

6     A    You want me do it right on this one?

7     BY MR. CARSTEN:

8     Q    Sure.

9                         THE WITNESS:  But then am I

10             going to being locked into some type

11             of circle, shape?

12                        MR. DILGER:  You're good.

13             You're good.

14                        THE WITNESS:  Okay.

15    A    (Witness complied with counsel's request.)

16             Just do that.  Okay.

17    BY MR. CARSTEN:

18    Q    Ms. Cavosie, what is a tangent?

19    A    A tangent is a line that touches the

20             surface of something.

21    Q    What is the tangent of a straight line?

22    A    What is the tangent of a straight line?  A

23             tangent is a straight line that touches

24             the surface of something.  That's my

25             recollection of what a tangent is.

                          96

BARKLEY
Court Reporters

```
1                 T. Cavosie - 8-14-2012
2    Q    Are there any requirements as to what a
3         tangent is?
4    A    That is a great question, and I would have
5         to research that a little bit further to
6         answer that properly.
7    Q    Prior to this litigation, have you ever
8         used the term "tangent line" in your line
9         of business?
10   A    I don't believe so.
11   Q    Have you ever heard anyone else in the
12        field of bra design, clothing design,
13        undergarment design, use the phrase
14        "tangent line"?
15   A    I do not believe so.
16   Q    What is your expert opinion with respect
17        to the ordinary and customary meaning of
18        the phrase "substantially parallel"?
19   A    Substantially parallel?
20        Sorry, say that one more time.  I'm sorry.
21   Q    Sure.  What is your expert opinion with
22        respect to the ordinary and customary
23        meaning of the phrase "substantially
24        parallel"?
25   A    Not fully parallel.
```

97

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2      Q    And what is the opposite of parallel?
 3      A    The opposite of parallel?
 4      Q    Correct.
 5      A    What is the --
 6           You want me to give you a definition of
 7           what the opposite of parallel is?
 8      Q    Do you have an understanding of what the
 9           opposite of parallel would mean?
10           It's okay if you don't.  I'm just asking
11           you if you have an understanding.
12      A    Not parallel.
13      Q    Do you have an understanding of the number
14           of degrees two lines would be if they were
15           farthest away from parallel as possible?
16      A    No.
17      Q    Do you have an understanding of how close
18           two lines need to be to parallel to be
19           substantially parallel, as you understand
20           that term?
21      A    That is a great question.  I definitely
22           think I would have to look into that
23           further to give you the appropriate
24           answer.
25      Q    In your expert opinion, is it possible to
```

98

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2           cup would be.  In relation to this, that's

 3           how I would determine it I would say.

 4      Q    Okay.  I'm handing to you Exhibit

 5           Number 12.

 6                       MR. CARSTEN:  For the

 7              record, Exhibit 12 is US Patent

 8              Number 2,147,375 to Lazzari.

 9                       MR. DILGER:  Okay.  Thank

10              you.

11  BY MR. CARSTEN:

12      Q    So, Ms. Cavosie, on Figure 3 of this

13           document --

14      A    Okay.

15      Q    -- how would you draw a tangent line to

16           the outer side?

17      A    Well, honestly, Eric, I would have to read

18           this whole patent to give you an opinion

19           on that because I have not read this.

20      Q    Okay.

21      A    And wouldn't want to -- wouldn't want to

22           give you my opinion without really knowing

23           the context of what's in this patent.

24      Q    So in terms of drawing a tangent line with

25           respect to the upper portion of the outer
```

101

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2    BY MR. CARSTEN:

 3       Q     Ms. Cavosie, let me hand you Exhibit

 4             Number 14 (Handing).

 5       A     (Witness receiving document.)

 6                     MR. CARSTEN:  For the

 7              record, Exhibit Number 14 is US

 8              Patent Number 3,204,638.

 9                     MR. DILGER:  Okay.  Thank

10              you.

11                     THE WITNESS:  Do you need

12              the number?

13                     MR. DILGER:  No.  I've got

14              it.  Thank you.

15    BY MR. CARSTEN:

16       Q     Ms. Cavosie, I'd like you to look at

17             Figure 3 on the front.

18       A     (Witness complied with counsel's request.)

19             Okay.

20       Q     Do you see the line in the middle of the

21             bra, the --

22                     MR. CARSTEN:  Strike that.

23    BY MR. CARSTEN:

24       Q     Do you see the vertical line or set of

25             three lines in the middle of the bra?
```

BARKLEY
Court Reporters

```
 1                T. Cavosie - 8-14-2012

 2    A     Can you give me a number reference?

 3    Q     Yes.  For instance, Number 72, I think, is

 4          the absolute inner line.

 5          Do you see 72?

 6    A     Uh-huh.

 7          Eric, can I just stop you real quick?

 8    Q     Sure.

 9    A     I have never seen this patent before ever

10          in my life.

11    Q     I'm only going to ask you about Figure

12          Number 3.

13    A     But I don't feel comfortable answering

14          questions about it because I haven't read

15          it in its entirety and would like to if

16          I'm going to give an opinion on anything

17          related to this.

18    Q     Okay.  I'm going to ask you one question

19          with respect to two lines, and if you

20          don't feel comfortable, that's fine, and

21          you can state that on the record.

22          Let me ask you the question and you can

23          tell me whether or not you feel

24          comfortable answering it.

25    A     Okay.
```

106

BARKLEY
Court Reporters

T. Cavosie - 8-14-2012

1

2    Q    The question is solely, with respect to

3         line 72, the vertical line in the middle

4         of this bra, and 66, which is a strip,

5         let's call it, at an angle from the

6         center, vertical line 72, is it your

7         expert opinion that those two lines, or

8         tangent lines drawn from those two

9         straight lines, would be substantially

10        parallel, according to the plain and

11        ordinary definition as you understood and

12        discussed in your Declaration?

13   A    I feel uncomfortable answering that

14        question only because I have never ever

15        seen this patent before in my life or read

16        it or understand anything about the

17        diagrams, the descriptions, any of it, so

18        I do feel uncomfortable answering that

19        question because I don't know the contents

20        of what are within this patent

21        (Indicating).

22   Q    Okay.  If I were to draw two lines on a

23        blank piece of paper, would you feel

24        comfortable opining as to whether or not

25        those two lines were substantially

107

BARKLEY
Court Reporters

```
 1                  T. Cavosie - 8-14-2012

 2          parallel, as you used that term in your

 3          Declaration, with respect to the plain and

 4          ordinary meaning --

 5     A    Well, no --

 6     Q    -- as applied in your asserted patents?

 7     A    I wouldn't feel comfortable because we're

 8          not relating it to bras or cups or

 9          cup-shaped or designs or anything like

10          that.  I mean, just putting random lines

11          on a page, I wouldn't feel comfortable

12          assessing that.

13     Q    Okay.  I'm handing you Exhibit Number 13.

14                      MR. CARSTEN:  And

15              Exhibit Number 13 is US Patent

16              Number 2,079,426 to Schottenfels.

17                      MR. DILGER:  2,079,426?

18                      MR. CARSTEN:  That's

19          correct.

20                      MR. DILGER:  Okay.  Thank

21          you.

22   BY MR. CARSTEN:

23     Q    Okay?

24     A    Okay.

25     Q    Do you recognize this patent?


                        108
```

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012

2      A     I do.

3      Q     Have you ever read this patent before?

4      A     A long time ago; yes, I have.

5      Q     Okay.  I'd like you to turn to the second

6            page and take a look at Figure 10.

7      A     Okay.

8      Q     Are the inner and outer --

9                       MR. CARSTEN:  Strike that.

10   BY MR. CARSTEN:

11     Q     Are the upper portions of the inner and

12           outer sides of the cups of this bra, as

13           depicted in Figure 10, substantially

14           parallel?

15     A     I feel uncomfortable asking -- answering

16           that question because I have not read this

17           patent in years, and until I did read it

18           and know the ins and outs of every single

19           diagram, portion, figure of this patent, I

20           would feel uncomfortable answering that

21           question.

22     Q     Ms. Cavosie, your Declaration states that

23           you reviewed the file histories of your

24           patents; is that correct?

25     A     I did review it, uh-huh.
```

TARA CAVOSIE

BARKLEY
Court Reporters

|     |   |                                              |
|-----|---|----------------------------------------------|
| 1   |   | T. Cavosie - 8-14-2012                       |
| 2   | Q | And did you review those in preparation      |
| 3   |   | for your Declaration?                        |
| 4   | A | I did.                                       |
| 5   |   | But I can't recall every detail that's in    |
| 6   |   | every single one of these very detailed      |
| 7   |   | and elaborate patents, and everything        |
| 8   |   | single one of the --                         |
| 9   |   | There's a lot of -- there's a lot of         |
| 10  |   | diagrams and descriptions here, and I        |
| 11  |   | wouldn't feel comfortable being able to      |
| 12  |   | recollect every single, you know, number     |
| 13  |   | illustrating, you know, a feature of this    |
| 14  |   | bra and be accurate in doing that when I     |
| 15  |   | can't -- I cannot just call out by name      |
| 16  |   | Oh, yes, 24 is such and such.  I can't do    |
| 17  |   | that.                                        |
| 18  | Q | Okay.                                        |
| 19  | A | But I did review everything in preparation   |
| 20  |   | for this.                                    |
| 21  | Q | Okay.  Well, this patent's only two pages    |
| 22  |   | long, so why don't we go off the record      |
| 23  |   | and I'd like you to take a minute.           |
| 24  |   | I would like to ask --                       |
| 25  | A | Even if I read it right now, I don't -- I    |

110

BARKLEY
Court Reporters

```
 1                 T. Cavosie - 8-14-2012
 2          would want to digest it, think about it
 3          before I gave you an opinion on
 4          specifically something you're asking me
 5          about.
 6          So I don't think even if I read it right
 7          now I would be able to give you something
 8          without putting some serious thought
 9          behind it.
10     Q    That's even with respect to the question
11          of whether or not the upper portions of
12          the inner and outer sides of the cups of
13          the bra depicted in Figure 10 are
14          substantially parallel?
15     A    Well, there's a whole host of issues, in
16          my opinion, with that figure, so I -- I
17          don't -- one hundred per cent would not
18          feel comfortable answering that question.
19     Q    What do you recall of the prosecution
20          history of your patents?
21     A    All 500 pages of it?
22     Q    No.  Do you recall anything whatsoever?
23     A    I mean, really?
24     Q    Yes.
25                 MR. DILGER:  Objection.
```

111

BARKLEY
Court Reporters

```
 1                  T. Cavosie - 8-14-2012
 2               Argumentative.
 3                   No, I -- I -- other than --
 4               other than --
 5     A     That's a lot of pages to recall detail.
 6   BY MR. CARSTEN:
 7     Q     Do you recall anything substantive from
 8           the prosecution histories?
 9     A     There's so much in there, Eric, I just
10           can't plunk something out, you know.
11     Q     Do you recall any rejections that any of
12           your patents received?
13     A     I do recall that there were rejections;
14           what they specifically are, I couldn't
15           tell you verbatim out of this thing right
16           now (Indicating).
17     Q     I'm not asking for verbatim.  I'm asking
18           if you have any recollection of anything
19           you took away from your review of the
20           prosecution histories.
21     A     I have a recollection that there were
22           rejections.  What they were, I can't
23           specifically cite right now unless I sat
24           down and read each and every page and word
25           of the prosecution history.
```

112

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2    Q    So, sitting here today, you don't have an
 3         understanding with respect to how your
 4         patents differ from the prior art as
 5         reflected in -- at least that's with
 6         respect to the prosecution histories; is
 7         that accurate?
 8                    MR. DILGER:  I'm going to
 9              instruct you not to answer that.
10              That is beyond the scope of the
11              Declaration and the reason for what
12              she's being provided today to
13              provide testimony.
14    BY MR. CARSTEN:
15    Q    Let's go back to your Declaration.
16         Let's turn back to Exhibit Number 5.
17    A    You would like me to look at my
18         Declaration?
19    Q    Yes.  Yes, please.
20         I'm sorry, yes.  I wasn't clear.  I would
21         like you to take a look at Exhibit
22         Number 5.
23         Thank you for asking to clarify.
24    A    Okay.
25                    MR. DILGER:  Eric, since
```

                              113

BARKLEY
Court Reporters

```
 1                   T. Cavosie - 8-14-2012

 2                   we're moving to a new topic, can I

 3                   have five minutes for a bathroom

 4                   break?

 5                          MR. CARSTEN:  Actually, I

 6                   was just -- wanted to finish off

 7                   but, you know what, you're not the

 8                   first -- it's fine.  The court

 9                   reporter --

10                          Let's take a break.

11                          THE VIDEOGRAPHER:  Time is

12                   now approximately 4:27 P.M.  Going

13                   off the record.

14                          (At which time, 4:27 P.M.,

15                   there was a pause in the proceedings

16                   until 4:37 P.M., at which time the

17                   proceedings resumed.)

18                          THE VIDEOGRAPHER:  The time

19                   is now approximately 4:37 P.M.

20                   Going back on the record with Disk

21                   Number 2 of the deposition of Tara

22                   Cavosie.

23   BY MR. CARSTEN:

24      Q    Ms. Cavosie, let's turn back to Exhibit

25           Number 6.  I think you have a copy of
```

114

BARKLEY
Court Reporters

                        T. Cavosie - 8-14-2012

1

2                you.

3    BY MR. CARSTEN:

4    Q    And, Ms. Cavosie, I again want to quickly

5         go back over something that we were

6         discussing earlier with respect to open

7         top end.

8    A    Okay.

9    Q    Looking at Figure 1, in your expert

10        opinion, does the undergarment that is

11        shown in Figure 1 reflect an open top end?

12   A    Well, Eric, I have never seen this patent

13        before ever until today, and in order to

14        really give you my best opinion, I would

15        have to read this entire patent.

16   Q    So if you --

17   A    So I would feel uncomfortable giving you

18        an answer because I have not read this and

19        I don't understand the contents of what

20        are within the claims and the body of this

21        patent.

22   Q    Okay.  Let me clarify, make sure that you

23        understand that I'm asking solely about

24        Figure 1.  I'm not asking about the

25        patents, the invention, or any of the

                          119

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012

2           claims.

3    A      Okay.

4    Q      Just with respect to the undergarments

5           that are shown in Figure 1, in your expert

6           opinion, would this undergarment reflect

7           an open top end?

8    A      An open top end what?

9    Q      Do the cups of the undergarment in Figure

10          1 have open top ends?

11   A      They don't look like cups to me.

12   Q      So with respect to --

13                    MR. CARSTEN:  Strike that.

14   BY MR. CARSTEN:

15   Q      In your Declaration, you state that

16          certain bras are covered by your patents;

17          correct?

18   A      Can I look at it myself, or no?

19   Q      Sure, sure, sure.  You may look.  It's

20          Paragraph 10, for instance.

21   A      Paragraph 10 of?

22   Q      Your Declaration.

23   A      My Declaration.

24                    (At which time, there was a

25              brief pause in the proceedings.)


                         120
```

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2    A    Are you sure I'm looking at ten, Page 2,

 3         Number 10?

 4    Q    Correct.

 5    A    Do you want to read it?

 6    Q    READING FROM DOCUMENT:

 7         Since then, Ce Soir has introduced two new

 8         backless strapless bras covered by the

 9         patents into the marketplace - the Super

10         Boost and the Body Sculpting.

11    A    Okay.  What are you asking me about that?

12    Q    In Paragraph 10 you state that those bras

13         are covered by your patents; correct?

14    A    The Super Boost and the Body Sculpting?

15    Q    Correct.

16    A    You are asking me if my patents are

17         covered -- if the bras Super Boost and

18         Body Sculpting is covered under my

19         patents?

20    Q    I'm asking you to confirm that in your

21         Declaration you state that those two Ce

22         Soir bras are covered by your patents?

23    A    I do state that in the Declaration.

24    Q    Okay.  So you are familiar with applying

25         your patents to products; correct?
```

121

TARA CAVOSIE

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2    A     Yes.  But we're specifically talking about

 3          her infringing products.

 4    Q     Okay.

 5    A     If I were to relate this patent to my --

 6    Q     I'm not --

 7    A     -- I would not be familiar with it.

 8    Q     Let me clarify again.  I'm not asking

 9          about this patent or the claims.  I'm

10          looking at Figure 1, which just shows an

11          undergarment.

12          And would you, if you saw this in the

13          marketplace, going through the checklist

14          in your mind of your patents, would you

15          say that this satisfies having an open top

16          end?

17                    MR. DILGER:  This has been

18             asked and answered, Eric.

19                    MR. CARSTEN:  It has not

20             with respect to this, and I'm still

21             trying to understand her use of

22             "open top end."  This is a fair

23             question.

24                    MR. DILGER:  It's not.

25             You're asking her about a document
```

122

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2                    that she hasn't reviewed and she

 3                    wants to review and give an answer.

 4                    You may not like her answer --

 5                         MR. CARSTEN:  There's

 6                    nothing -- there's nothing --

 7                         Nate, there's nothing in the

 8                    document with respect to this

 9                    figure.  If she saw this figure in

10                    the marketplace, there would not

11                    being a document behind it.  I'm

12                    just asking from this figure can she

13                    determine whether or not these have

14                    top ends.  If she cannot, she can

15                    state that and we can move on.

16        A     I can't determine anything because I

17              would --

18              I would never ever presume to determine

19              anything without understanding the

20              contents of what are within the patent and

21              the claims and understanding and fully

22              understanding the illustrations of

23              every -- each and every point of this bra

24              or this garment or article.  I don't even

25              know if it's a bra.  You can't tell from
```

123

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2            the pictures what it is (Indicating).

 3            Like I said, I would have to read it to

 4            really understand what it is.

 5    Q    Ms. Cavosie, can you look at Exhibit

 6            Number 18, please?

 7    A    Do I have it?

 8    Q    Here you go (Handing).

 9                    MR. CARSTEN:  For the

10                record, Exhibit 18 is US Patent

11                Design Patent Number 419,279.

12                    MR. DILGER:  419,279.  Is

13                there -- it looks like you skipped

14                16.  Is that intentional?

15                    MR. CARSTEN:  Not

16                dramatically.

17                    MR. DILGER:  I mean, I just

18                want to make sure I haven't missed

19                it.

20                    MR. CARSTEN:  You haven't

21                missed it.  I haven't used it yet.

22                    MR. DILGER:  Okay.  Thank

23                you.

24                    MR. CARSTEN:  Do you have

25                Exhibit 18, Nate?


                        124
```

BARKLEY
Court Reporters

1                    T. Cavosie - 8-14-2012

2                         MR. DILGER:  Give me one

3              second here.

4                         I think I do.

5                         (At which time, there was a

6              brief pause in the proceedings.)

7                         MR. DILGER:  I don't.

8                         MR. CARSTEN:  No, it's a

9              design patent, US design patent.

10                        MR. DILGER:  Yeah, I don't

11             think I --maybe I --give me one

12             minute here.

13                        MR. CARSTEN:  We produced

14             it.  I can give you a Bates number

15             if that's easy.

16                        MR. DILGER:  No, that

17             doesn't help.  Just give me one

18             second here.

19                        MR. CARSTEN:  Okay.

20                        MR. DILGER:  I think I might

21             be able to fix this.

22                        (At which time, there was a

23             brief pause in the proceedings.)

24                        MR. DILGER:  Okay.  I think

25             I got it.

                          125

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2                         MR. CARSTEN:  Okay.
 3                         MR. DILGER:  It is -- looks
 4               like, Marco, David; David Marco.
 5                         MR. CARSTEN:  That's right.
 6                         MR. DILGER:  Okay.  I think
 7               I got it.
 8    BY MR. CARSTEN:
 9     Q     So Exhibit 18 is a design patent, US
10           Design Patent 419,279.
11     A     Uh-huh.
12     Q     Ms. Cavosie, have you had a chance to
13           review this patent?
14     A     No.
15     Q     Can you do so now?
16     A     Like, read the whole thing now?
17     Q     Sure.
18     A     Really?
19     Q     Yes.  It's a design patent.
20     A     Okay.
21                         (At which time, there was a
22                brief pause in the proceedings.)
23     A     Okay.
24     Q     Okay.  I'll direct your attention to
25           Figure 1.
```

126

BARKLEY
Court Reporters

1                    T. Cavosie - 8-14-2012

2    A      Okay.

3    Q      In your expert opinion, Ms. Cavosie, does

4           the bra depicted in Figure 1 have an

5           arcuate bottom end?

6                         MR. CARSTEN:   Strike that.

7    BY MR. CARSTEN:

8    Q      In your expert opinion, do the cups of the

9           bra in Figure 1 have arcuate bottom ends?

10   A      I would say so, yeah.

11   Q      In your expert opinion, do the cups of the

12          bra depicted in Figure 1 have open top

13          ends?

14   A      Well, it's hard to say, and I'll tell you

15          why.

16          Because they illustrate no breasts on the

17          model, so it's hard to say where this

18          product is to be placed (Indicating).

19   Q      And if a portion of the breast could be

20          shown while the bra is placed in its

21          proper position, would it have an open top

22          end?

23   A      I think that would be just me speculating,

24          right, because how could I give an

25          accurate answer without seeing the breasts

                         127

```
 1                      T. Cavosie - 8-14-2012

 2            in relation to the bra?

 3    Q    What would you look for with respect to

 4         the breasts in relation to the bra?

 5    A    Well, you're asking me to conjure up an

 6         opinion -- to conjure up an opinion of

 7         something that doesn't exist.  I can't do

 8         that.

 9         I would need to see the breasts and the

10         bra illustrated on the breasts, and there

11         is no such thing so I can't answer that

12         question accurately.

13    Q    Okay.  Now, with respect to Figure 1 of

14         Exhibit 15 that I showed you a few minutes

15         ago.

16    A    Figure 1 of exhibit -- this one?

17                  MR. DILGER:  Which exhibit

18            are you on, Eric?

19                  MR. CARSTEN:  I'm going to

20            go back to Exhibit 15 for a second.

21                  THE WITNESS:  This one, Nate

22            (Indicating).

23                  MR. DILGER:  Okay.  Thank

24            you.

25
```

128

BARKLEY
Court Reporters

```
 1                   T. Cavosie - 8-14-2012

 2    BY MR. CARSTEN:

 3    Q     Now Figure 1, do you see breasts in Figure

 4          1?

 5    A     I do.

 6    Q     Do you see where the cups or the material

 7          hit the breasts with respect to Figure 1?

 8    A     Again, I feel uncomfortable answering

 9          questions about this particular patent

10          494,397, because I have never seen it

11          before in my life; I have never read the

12          contents that are within this patent; and

13          I couldn't accurately give you an opinion

14          until I was completely informed of the

15          specifics of this patent.

16    Q     So even though I've tried to make clear

17          that I'm not asking about the specifics of

18          the patent, just talking about the image,

19          Figure 1, you do not feel comfortable

20          opining as to whether that's showing open

21          top end cups; correct?

22    A     Just looking at Figure 1?

23    Q     Correct.

24    A     These do not look like cups to me so I

25          can't answer that question (Indicating).
```

129

BARKLEY
Court Reporters

```
 1                 T. Cavosie - 8-14-2012

 2          Are you talking about --

 3          Sorry.  Did you just ask me about open

 4          top?

 5          I'm sorry, can you ask that question

 6          again?

 7     Q    In just Figure 1, just the image of

 8          Exhibit 15, if we call what is labeled as

 9          B, cups, in your opinion, do those cups

10          have open top ends?

11     A    Well, you're asking me to give an opinion

12          on whether or not they are cups and I

13          don't know if they are or they aren't.  I

14          haven't read the patent.

15     Q    Let me, again, read back my question.

16          I'd like you to assume --

17     A    I think that's -- I think that's unfair to

18          ask me to assume.

19                    MR. DILGER:  That question

20              calls for speculation.

21   BY MR. CARSTEN:

22     Q    Ms. Cavosie, you're holding yourself out

23          as an expert in this matter; correct?

24     A    I am, but you're asking me to assume that

25          something on a patent is something else
```

130

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2             when it may not be by reading the patent,

 3             so I think that's an unfair question to

 4             ask me.

 5    Q    Ms. Cavosie, I have stated on the record,

 6             which is being transcribed and videotaped,

 7             multiple times I am not asking you about

 8             the patent or the claims or anything to do

 9             with Patent Number 494,397.  I'm simply

10             using Figure 1 --

11    A    Uh-huh.

12    Q    -- which has an illustration of a garment.

13    A    Uh-huh.

14    Q    And we've talked about open top end today,

15             and when we were just discussing

16             Exhibit 18, you said that you could not

17             opine as to whether or not the bra,

18             Exhibit 18, is open top end because you do

19             not have the picture of the breasts and

20             where the bra was hitting the breasts.

21    A    Right.

22    Q    So I'm going back and showing you a

23             picture where an undergarment is hitting

24             the breasts and trying to understand your

25             definition of open top end as it relates
```

131

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2             to your asserted patents, and I'd like to
 3             know your opinion, if you have one, if --
 4     A       But I told you, I cannot give you an
 5             opinion on a patent that I have not read
 6             and have seen for the first time right
 7             this very minute.  I cannot give you an
 8             opinion on that.
 9     Q       You cannot give an opinion with respect to
10             the Figure Number 1, which is what I'm
11             asking you about; correct?
12     A       I can't give you an opinion on anything
13             related to Patent Number 494,397 because I
14             have not read it and I am seeing it for
15             the very first time right now and I do not
16             know the details within this patent, the
17             claims of this patent.  I would need to
18             review it, think about it, and then give
19             you an appropriate opinion, which I don't
20             think I can do right now on the fly seeing
21             this for the very first time.
22     Q       Okay.
23     A       I think it's unfair to ask me do that.
24     Q       So Exhibit Number 18 you do feel
25             comfortable on the fly giving an opinion
```

132

TARA CAVOSIE

BARKLEY
Court Reporters

```
 1                  T. Cavosie - 8-14-2012

 2           as to an arcuate bottom end on Figure 1;

 3           correct?

 4    A      I would say that that's fair to say that,

 5           yeah.

 6    Q      But you are not comfortable giving an

 7           opinion with respect to whether or not it

 8           has an open top end; correct?

 9    A      Well, I did -- I --

10           Correct.  Because there are no breasts

11           present in the illustration.  So how do we

12           know where the bra would be positioned or

13           not positioned or where it would fall on

14           the body of the wearer?  It's -- it's

15           like --

16           It's kind of a crazy question, because no

17           breasts exists on this illustration

18           (Indicating).

19    Q      So if the illustration from Exhibit 15 was

20           in Exhibit 18, you'd be comfortable

21           because there were no words surrounding

22           that?

23    A      I think that's a ridiculous question.  I'm

24           telling --

25           No, that's not what I'm saying.  What I'm
```

133

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2            saying is, I can't give you an opinion on

 3            Patent Number 494,397 because I have not

 4            read it; seeing it for the first time

 5            today.

 6    Q       Again, I never asked about your opinion

 7            with respect to the patent.  I'm solely

 8            asking about the figure.

 9            Figure 1 in Exhibit 15 --

10    A       I don't even know what Figure 1 is because

11            I haven't read the patent.

12    Q       Okay.  You are comfortable with Figure 1

13            of Exhibit 18 being a bra; correct?

14    A       Well --

15                    MR. DILGER:  I'm sorry,

16              what's the question again?  I missed

17              it.

18                    MR. CARSTEN:  That she's

19              comfortable with Figure 1 of Exhibit

20              18 being a bra.

21                    (At which time, there was a

22              brief pause in the proceedings.)

23    A       I'm not comfortable saying that.  They

24            refer to it as that, but they're also

25            saying that the --
```

134

```
 1                  T. Cavosie - 8-14-2012

 2           I'm going to read --

 3           I'm going to read the description Figure

 4           1.

 5           READING FROM DOCUMENT:

 6           Perspective view of the present invention

 7           depicted on a model and adhered thereon by

 8           tape (the model and tape being formed in

 9           phantom lines and forming no part of the

10           design);

11           So I don't know what that is.  It doesn't

12           give an example of does it -- is it a

13           breast pad?  Is it a nipple cover?  Is it

14           a pad?  Is it a -- there's no description.

15           So I would merely be speculating as to say

16           what it is or it isn't, and I would feel

17           uncomfortable answering what it actually

18           is because they are showing things in the

19           illustration and then in the description

20           saying those things don't exist.

21      Q    So, in your opinion, the garment depicted

22           in Figure 1 of Exhibit 18, you can't

23           determine whether or not that has cups

24           that have an arcuate bottom end?

25      A    It looks like there's something, a garment
```

135

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2           of some sort that has an arcuate bottom.

 3    Q      Do you have an opinion, one way or

 4           another, as to whether or not those are

 5           cups that have an arcuate bottom end?

 6    A      They don't describe --

 7           Patent Number Design 419,279 does not

 8           describe it as cups.

 9    Q      Okay.  So, again, my question was, do you

10           have an opinion, one way or another, as to

11           whether or not those are cups?

12                        MR. DILGER:  Asked and

13               answered.

14   BY MR. CARSTEN:

15    Q      You may answer.

16    A      Nate just said "asked and answered."

17    Q      That's an objection.  It's noted on the

18           record.

19                        MR. DILGER:  If he wants to

20               hear your answer again, I guess --

21    A      Patent Number Design 419,279 does not

22           describe anywhere using the word "cup."

23           That's somewhat similar to what I said the

24           last time, right?

25    Q      It is.
```

136

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2              And let me ask my question again, because

 3              here's my question:  Is it your opinion

 4              that cups are depicted in Figure 1?

 5              Your expert opinion.  You're an expert.

 6              You purport to be an expert on bras.

 7              I'm just asking your opinion.  Not what

 8              the document says, what the inventor says

 9              about the bra, just your opinion.

10              And if you don't have an opinion, you can

11              state so on the record.

12     A    I don't have an opinion.

13     Q    Thank you.

14              Let's move back to Exhibit Number 2, your

15              Patent Number -- the 952 patent.

16     A    Okay.  6,257,952?

17     Q    Correct.

18              You are comfortable opining on this

19              patent, discussing this patent?

20     A    Sure.

21                    MR. DILGER:  Related to her

22                Declaration, yes.

23   BY MR. CARSTEN:

24     Q    So, Ms. Cavosie, where in the '952 patent

25              do you illustrate where the bra hits the
```

137

BARKLEY
Court Reporters

1                    T. Cavosie - 8-14-2012

2          to Nate because I do have just a very two

3          second question for him.

4                         MR. CARSTEN:  Sure.

5                         Off the record.

6                         THE VIDEOGRAPHER:  Time is

7               now approximately 5:08 P.M.  Going

8               off the record.

9                         (At which time, 5:08 P.M.,

10              there was a pause in the proceedings

11              until 5:10 P.M., at which time the

12              proceedings resumed.)

13                        THE VIDEOGRAPHER:  Is

14              everybody ready?

15                        MR. CARSTEN:  Yes.

16                        THE WITNESS:  Yes.

17                        MR. DILGER:  Eric, we need

18              to wrap this up in about ten

19              minutes.

20                        THE VIDEOGRAPHER:  The time

21              is now --

22                        MR. DILGER:  We need to wrap

23              it up in about ten minutes because I

24              can't stay on after that point.

25                        THE WITNESS:  The

                             143

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012

2                    videographer is talking.  Hang on

3                    one second.

4                         MR. DILGER:  My apologies.

5                         THE VIDEOGRAPHER:  The time

6                    is now approximately 5:10 P.M.

7                    Going back on the record.

8    BY MR. CARSTEN:

9       Q    Okay.  Ms. Cavosie, we took a break for

10           you to speak to your attorney.

11      A    Yes.

12      Q    Do you need to change any of your

13           testimony?

14      A    No, no.  Can you just ask of me that last

15           question one more time?

16      Q    Answer?

17      A    Ask me that last question, because I --

18                       MR. DILGER:  I think it was

19                  about an open bottom end, Eric.

20                       MR. CARSTEN:  Okay.

21   BY MR. CARSTEN:

22      Q    In your opinion, is it possible for a

23           U-shaped cup to have a closed bottom end?

24                       MR. CARSTEN:  Strike that.

25
```

144

TARA CAVOSIE

```
1                   T. Cavosie - 8-14-2012

2    BY MR. CARSTEN:

3       Q     In your opinion, is it possible for a

4             U-shaped cup to have an open bottom end?

5       A     I may be just being a huge pain right now,

6             but that's not the question you asked me.

7             You asked me if I had ever seen a bra with

8             an open bottom end ever exist or does it

9             exist, or are you now not asking me that

10            question?

11      Q     Are you able to answer the question I just

12            asked?

13      A     Which one?  I'm sorry.

14      Q     In your opinion, is it possible for a

15            U-shaped cup to have an open bottom end?

16      A     Well, obviously it is impossible for me to

17            have seen every bra that ever existed in

18            the world of bras.

19            So, does one exist?  Could one exist?  I

20            wouldn't even begin to speculate on that.

21      Q     Is it possible for a cup which, in your

22            opinion, is U-shaped, to have a closed top

23            end and still be U-shaped?

24      A     Is it my opinion --

25            I'm just going to say it back to you.
```

145

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2           Is it my opinion that a bra that is -- a
 3           cup that is U-shaped can have a top
 4           portion that is closed, is that what
 5           you're asking me?
 6      Q    Correct.
 7      A    Yes, I think that's possible.
 8                    MR. CARSTEN:  Let's go off
 9              the record.
10                    THE VIDEOGRAPHER:  The time
11              is now approximately 5:12 P.M.
12              Going off the record.
13                    (At which time, 5:12 P.M.,
14              there was a pause in the proceedings
15              until 5:15 P.M., at which time the
16              proceedings resumed.)
17                    THE VIDEOGRAPHER:  The time
18              is now approximately 5:15 P.M.
19              Going back on the record.
20   BY MR. CARSTEN:
21      Q    Ms. Cavosie, can you turn to your exhibit
22           again, your Declaration again?
23           Can you call that up again and take a look
24           at that?
25      A    Exhibit 5?
```

146

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2            opinions that you are giving with respect

 3            to claim construction in this matter?

 4    A      Yes.

 5    Q      We marked two other exhibits.  I'd like to

 6            put that in front of you very briefly.

 7            Exhibit 11 (Handing).

 8                        MR. CARSTEN:  Exhibit 11 is

 9                Patent Number 2,869,553.

10                        MR. DILGER:  2,869,553?

11                        MR. CARSTEN:  Correct.

12                        MR. DILGER:  Thank you.

13    A      Okay.

14  BY MR. CARSTEN:

15    Q      I take it, Ms. Cavosie, you have not seen

16            this patent before?

17    A      I have not.

18    Q      Looking solely at the figures on the first

19            page, are you comfortable opining that the

20            device that is attached to the breast of

21            the user in Figure 4 has an arcuate bottom

22            portion?

23    A      Well, I cannot give you an opinion on that

24            because this figure, in Figure 4, is, you

25            know, askew and I can't see the outer side
```

149

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2            of the right hand of the models, the outer
 3            portion of the cup or the bottom portion
 4            on that side, so I could not --
 5            In addition to that, I have never seen
 6            this, I have never read the contents of
 7            this patent, so I would feel uncomfortable
 8            giving you an opinion based on this Patent
 9            Number 2,869,553.
10    Q       Okay.  With respect to the cup that is
11            adhered to the left breast of the wearer
12            in Figure 4, are you comfortable opining
13            as to whether or not that device has an
14            arcuate bottom end?
15    A       I cannot see the inner portion of the
16            left-hand cup, but it would be fair to say
17            it does have --
18            Did you ask me if it had an arcuate
19            bottom?
20    Q       I asked if you would be comfortable
21            opining on that, whether it had an arcuate
22            bottom?
23    A       I would.  Without reading it and without
24            knowing the ins and outs of this patent or
25            the specific details of the patent, the
```

150

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012

2             illustrations of the patent or the claims

3             of the patent, I would say, just looking

4             at it, the left cup in Figure 4 does seem

5             to have an arcuate bottom (Indicating).

6    Q        And, to confirm, I'm solely asking about

7             the figure, not about the patent, the

8             claims, or the specifications, just the

9             figure as it appears.

10   A        Uh-huh.

11   Q        Same question, just as the figure appears

12            with respect to the left cup, do you feel

13            comfortable, opining as an expert, as to

14            whether or not that cup has an open top

15            end?

16                    MR. DILGER:  I don't think

17                we've established that it's a cup.

18   A        No, I wouldn't feel comfortable answering

19            that because there's a lot of stuff going

20            on on the top --

21            There's a lot going on and I would want to

22            know the details of each and every thing

23            before I would answer that question.

24            So, no, I don't feel comfortable answering

25            that question without reading the
```

151

TARA CAVOSIE

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2          specifics.

 3   Q     So with respect to the simply the shape of

 4          the article that is adhered to the left

 5          breast and the curves of the breast

 6          indicated in the figure, based on that,

 7          you are not comfortable opining as to

 8          whether or not it has an open top end;

 9          correct?

10   A     I am uncomfortable answering that question

11          until I read this patent thoroughly and

12          have time to, kind of, digest it and

13          thoughtfully give you an answer.

14   Q     Okay.  Let's turn to Exhibit 16.

15                    MR. DILGER:  Hey, Eric, I

16             really do have to wrap this up.

17                    MR. CARSTEN:  This is the

18             last one, Nate.

19                    MR. DILGER:  Okay.  Thank

20             you.

21                    THE WITNESS:  Nate, right

22             there, see it?

23                    MR. DILGER:  2,061,238?

24                    THE WITNESS:  Yes.

25                    MR. DILGER:  Okay.
```

152

BARKLEY
Court Reporters

```
 1                  T. Cavosie - 8-14-2012

 2                       MR. CARSTEN:   Exhibit 16 is

 3              US Patent number 2,061,238.

 4    A     Yes.

 5  BY MR. CARSTEN:

 6    Q     With respect to Exhibit 16, Ms. Cavosie,

 7              again, I'm asking you solely with respect

 8              to the figures that appear on the first

 9              page, not with respect to the patent, any

10              claims of the patent, any specification.

11              Interpreting the figures that you see, as

12              an expert in the field, of the device that

13              is adhered to the user in Figure 1 and you

14              can see it unadhered in Figure 2.

15              In your expert opinion, does it appear

16              that the cups of the device in figures 1

17              and 2 have arcuate or rounded bottom ends?

18    A     Again, I'm going to tell you that I have

19              never before seen Patent Number 2,061,238.

20              This is the first time I've ever seen it.

21              I have not had an opportunity to read it.

22              I do not know the ins and out of this

23              patent or any of the details of the patent

24              or the claims, and I feel uncomfortable

25              answering any questions about it.
```

153

BARKLEY
Court Reporters

T. Cavosie - 8-14-2012

1

2    Q    Okay.  So just with respect to the figures

3         that appear on 1 and 2 --

4    A    Uh-huh.

5    Q    -- you do not feel comfortable, as an

6         expert, characterizing whether those

7         figures, just on their own, not with

8         respect to the patent, depict cups with

9         rounded bottom ends; correct?

10   A    I would --

11        Well, you're saying a different word now.

12   Q    I'm saying that you do not feel

13        comfortable opining; correct?

14   A    I do not feel comfortable giving an

15        opinion on something that I know -- that I

16        don't know anything about.  I would have

17        to read the body of this patent and the

18        claims of this patent in order to be able

19        to give you the appropriate answer about

20        the specifics of this patent.

21   Q    Okay.  Looking at figures 1 and 2, can you

22        come to a conclusion as to whether or not

23        the cups of this garment are U-shaped?

24   A    I wouldn't give that opinion because I

25        haven't read this patent.

154

TARA CAVOSIE

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2    Q      And, to be clear, solely with respect to

 3           just the figures?

 4    A      Right.

 5    Q      Can you --

 6    A      But the figures are part of it all,

 7           though.  The figures are part of the

 8           description and part of the claims and all

 9           of it is connected and I wouldn't feel

10           comfortable giving you an opinion on

11           something that I am not completely

12           informed of; that I don't understand the

13           content of it inside and out; and until I

14           did that, digested it, understood it and

15           thoughtfully considered it, I wouldn't

16           being able to give you an answer about

17           this patent.

18    Q      Again, I'm not asking about this patent

19           and --

20    A      Then I shouldn't look at this then?

21    Q      No.  I'm asking about the figures.

22           And if you saw these figures in an

23           advertisement -- and I'm asking a

24           hypothetical, but you are purporting to be

25           an expert.
```

155

TARA CAVOSIE

BARKLEY
Court Reporters

1                  T. Cavosie - 8-14-2012

2    A    Uh-huh.

3    Q    Okay.  So I'm asking you to apply your

4         expert knowledge.

5    A    Right.

6    Q    If you saw these figures in Marie

7         Claire --

8    A    Okay.

9    Q    -- would you, based on these figures,

10        conclude that these cups, if they are

11        cups -- tell me if you don't think they

12        are cups -- are U-shaped?

13   A    I --

14                   MR. DILGER:  Objection.

15            Hold on.

16                   Objection.  Calls for

17            speculation, asked and answered.

18                   Go ahead.  You can answer if

19            you want.

20                   THE WITNESS:  Okay.  I'll

21            just tell him again:  It's hard to

22            determine without reading this what

23            this is.  Again, there are no

24            breasts depicted in this

25            illustration, so how am I to

                       156

BARKLEY
Court Reporters

```
1                    T. Cavosie - 8-14-2012
2                    determine what this is, how it fits
3                    the body, what the shape of anything
4                    is if there are no breasts?  I
5                    just...
6    BY MR. CARSTEN:
7       Q    Sitting here today, you are unable to give
8            an opinion as to whether or not figures 1
9            and 2 depict a garment with U-shaped cups;
10           is that fair?
11      A    Is it a cup?  Is it not a cup?  Where does
12           it fall on the breast?  I don't know.
13           You can't tell because no breast exists in
14           this illustration, so is this meant to
15           cover the breast?  Is it not meant to
16           cover the breast?
17           I don't know, because one, there are no
18           breasts depicted in Figure 1.  There --
19           and I haven't read the details within this
20           patent, the body of it, the claims of it,
21           understanding the figures, so I can't give
22           you an opinion.
23           But just off the fly, without reading it,
24           there are no breasts there, so I can't
25           determine --
```

157

BARKLEY
Court Reporters

```
1              T. Cavosie - 8-14-2012
2         Is it a belt?  Is it a -- a -- a -- I
3         don't know.  I don't know.
4    Q    Okay.
5    A    It doesn't explain it here and I haven't
6         read it, so I can't give you my best
7         opinion with thought and, and -- and --
8         you know, applying my expertise to this
9         because I haven't read it.
10   Q    Okay.  I'm going to ask what I think is --
11                   MR. CARSTEN:  Strike that.
12                   MR. DILGER:  Eric, I've got
13            to go.
14                   MR. CARSTEN:  Well, I'm
15            going to finish this line of
16            questioning, Nate.  I'm sorry.  If
17            you'd like to pause and get one of
18            your colleagues.
19                   I flew out here.  You did
20            not say it had to end at five.  We
21            started at two.
22                   MR. DILGER:  You keep asking
23            the same question over and over.
24                   MR. CARSTEN:  Nate, I'm
25            going to get an answer to this
```

158

TARA CAVOSIE

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2          question.  As a courtesy, I'm happy

 3          to pause so you can get one of your

 4          colleagues.

 5                    We spent significant time to

 6          arrange for you to have video

 7          access, which I wasn't informed that

 8          you were expecting until a half an

 9          hour, an hour before the deposition.

10                    MR. DILGER:  Look at your

11          e-mail.

12                    MR. CARSTEN:  Yes.  It was

13          an hour or two before the deposition

14          today.

15                    MR. DILGER:  Look at your

16          e-mail.  When they provided us, we

17          made clear it was going to be a

18          telephonic.

19                    MR. CARSTEN:  I'm going to

20          ask this question.  As a courtesy,

21          I'm happy to pause so you can grab

22          Pete or Kainoa.  I'm going to ask a

23          question about Exhibit 16.

24                    MR. DILGER:  The same

25          question you just asked.
```

159

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2                        MR. CARSTEN:  I'm going to
 3               ask a question about Exhibit 16.
 4                        MR. DILGER:  Ask your
 5               question.
 6   BY MR. CARSTEN:
 7      Q    With respect to Exhibit 16, solely with
 8           respect to the figures 1 and 2,
 9           Ms. Cavosie, you are uncomfortable giving
10           an opinion as to whether or not this
11           device has U-shaped cups; yes or no?
12      A    I'm uncomfortable giving an opinion on
13           Patent Number 2,061,238, because I have
14           not read it.  I don't understand the
15           details of it, I don't understand what the
16           figures are without reading it.
17           So, no, I feel uncomfortable giving you an
18           opinion on Patent 2,061,238 because I have
19           not read it and have not seen it until
20           today.
21      Q    Okay.  The transcript will reflect my
22           question.
23           With respect to figures 1 and 2 and the
24           images of 1 and 2, disregarding the
25           patents, the claims, and the
```

160

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012
 2            specifications, you are uncomfortable as
 3            an expert opining as to whether or not
 4            there are cups depicted and whether or not
 5            those cups have substantially portion --
 6            substantially parallel upper portions; is
 7            that correct?
 8      A     I don't feel comfortable answering that
 9            question because I have not read this
10            patent (Indicating).
11                         MR. CARSTEN:  Okay.
12                         Nate, if you have to leave,
13                obviously we take this -- we will
14                have to continue this and we
15                dispute -- ahead of time, please,
16                obviously, in the future, let us
17                know when you need to leave on the
18                West Coast at two something before
19                the day of, so...
20                         MR. DILGER:  We provided a
21                time and date from two until five.
22                         MR. CARSTEN:  You did not.
23                         MR. DILGER:  You are 30
24                minutes over that.
25                         MR. CARSTEN:  Nate, Nate.
```

161

BARKLEY
Court Reporters

```
 1                    T. Cavosie - 8-14-2012

 2                       MR. CARSTEN:  That's fine.

 3                       MR. DILGER:  Okay.  Just

 4           e-mail it to me, please.  Thank you.

 5                       THE VIDEOGRAPHER:  The time

 6           is now approximately 5:33 P.M.  This

 7           completes today's testimony of Tara

 8           Cavosie.  Going off the record.

 9

10                       (Whereupon, the Deposition

11           of TARA CAVOSIE concluded at 5:33

12           P.M.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

164

TARA CAVOSIE

BARKLEY
Court Reporters

1

2             This is the Deposition of

3               TARA CAVOSIE

4   taken in the matter, on the date, and at the

5   time and place set out on the title page hereof.

6

7  It was requested that the deposition be taken by

8     the reporter and that same be reduced to

9            typewritten form.

10

11   It was agreed by and between counsel and the

12  parties that the Deponent will read and sign the

13        transcript of said deposition.

14

15

16

17

18

19

20

21

22

23

24

25

TARA CAVOSIE

BARKLEY
Court Reporters

1

2           DEPONENT'S  CERTIFICATE

3       STATE OF_____:

4       COUNTY/CITY OF_____:

5           Before me, this day, personally

6    appeared TARA CAVOSIE, who, being duly sworn,

7    states that the foregoing transcript of his/her

8    Deposition, taken in the matter, on the date,

9    and at the time and place set out on the title

10   page hereof, constitutes a true and accurate

11   transcript of said deposition.

12

13           _____

14                   TARA CAVOSIE

15

16

17

18       Signed and subscribed to before me

19       this____day of_____,20___.
         _____

20   NOTARY PUBLIC, STATE OF NEW YORK

21

22

23

24

25

                        166

TARA CAVOSIE

**BARKLEY**
*Court Reporters*

1

2                DEPOSITION ERRATA SHEET

3      Assignment No.:  345240

4      Case Caption:  CE SOIR LINGERIE CO., INC.,
                         vs.
5                     IMAGINE ENTERPRISES, LLC.

6         Declaration UNDER PENALTY OF PERJURY

7              I declare under penalty of perjury

8      that I have read the entire transcript of my

9      Deposition taken in the captioned matter or the

10     same has been read to me, and the same is true

11     and accurate, save and except for changes and/or

12     corrections, if any, as indicated by me on the

13     DEPOSITION ERRATA SHEET hereof, with the

14     understanding that I offer these changes as if

15     still under oath.

16     Signed on the _____day of _____, 20___.

17     _____

18                       TARA CAVOSIE

19

20

21

22

23

24

25

                         167

1

2                     REPORTER'S CERTIFICATE

3

4              I, ROBERTA-ANNE SCHMITT, a Court

5     Reporter and Notary Public in and for the State

6     of New York, do hereby certify that I recorded

7     stenographically the proceedings herein at the

8     time and place noted in the heading hereof, and

9     that the foregoing transcript is true and

10    accurate to the best of my knowledge, skill and

11    ability.

12             IN WITNESS WHEREOF, I have hereunto

13    set my hand.

14                        *August 17th, 2012*

15

16                        *Roberta-Anne Schmitt*

17    _____
                ROBERTA-ANNE SCHMITT

18

19

20

21

22

23

24

25

                          170